**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7704**

MARK STEVEN STANTON,

Plaintiff - Appellant,

versus

BOYD BENNETT; BONNIE BOYETTE; EDWARD CONN; R.
RICH; JAY CLARK,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-01-546-5-BO)

Submitted: March 6, 2003          Decided: March 13, 2003

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Steven Stanton, Appellant Pro Se. James Philip Allen, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Steven Stanton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stanton v. Bennett, No. CA-01-546-5-BO (E.D.N.C. filed Oct. 25, 2002, entered Oct. 29, 2002). We deny the motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED